# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

EDWARD WANYAMA BARASA,

Appellant,

v.

HEIDI HUNTINGTON STEINER,

Appellee.

No.  2D23-41
_____

February 9, 2024

Appeal from the Circuit Court for Pinellas County; David R. Ellis, Judge.

Kathy C. George of Law Offices of Kathy C. George & Associates, Dunedin, for Appellant.

Angela L. Leiner of Mockler Leiner Law, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.